# EXHIBIT 6

# Market Segment Trends Factbook

September 12, 2018

# Contents

1. Consumer

2. Employer

3. Payer

4. Government

5. Provider

6. PBM and Life Sciences

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Consumer Trends



# Summary Consumer Takeaways

| Major Consumer Trends | Implications / Key Hypotheses |
|---|---|



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Employer Trends



# Employer Trends and Implications

| Major Employer Trends | Implications / Key Hypotheses |
|---|---|



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Payer Trends



| Consumer | Employer | Payer | Government | Provider | PBM/LS |

## Payer Trends and Implications

| Major Trends | Implications / Key Hypotheses |
|---|---|



# Government Trends



# Government Trends and Implications

| Major Government Trends | Implications / Key Hypotheses |
| --- | --- |



# Provider Trends

# Provider Trends and Implications

| Major Provider Trends | Implications / Key Hypotheses |
|---|---|



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# PBM and Life Sciences Trends

Consumer   Employer   Payer   Government   Provider   PBM/LS

# PBM and Life Sciences Trends and Implications

| Major Trends | Implications / Key Hypotheses |
|---|---|



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.