# EXHIBIT 7

# PRESENTATION VIEW

NB: View in Notes view to see the script

# Optum Enterprise Strategy

Summary

Fall 2018



Confdentia property of Optum. Do not d str bute or reproduce without express perm ss on from Optum.

# Optum Enterprise Strategy – Executive Summary





# Optum Today

Optum has built a truly distinctive set of capabilities to help people live healthier lives and help make the health care system work better for everyone



Pharmacy care services

Population health management

Health care delivery

Health care operations



# Macro Healthcare Trends



Conf dent a  property of Optum. Do not d str bute or reproduce w thout express perm ss on from Optum.

# Optum Mission and Aspiration

Optum is in a unique position to transform healthcare in the US

**Optum's mission…**

**To help people live healthier lives and help make the health care system work better for everyone**

**…manifests itself in our aspiration**

**To improve the outcomes and experiences for everyone we serve while reducing the total cost of care**

Note: Success will be measured on a per capita basis



Confdenta property of Optum. Do not dstrbute or reproduce wthout express permsson from Optum.

# Health 2.0 – Overview

In the future, managing health is simple, effective, and lower cost

| Simple | Effective | Lower Cost |
| --- | --- | --- |





Conf dent a  property of Optum. Do not d str bute or reproduce w thout express perm ss on from Optum.

# Optum Enterprise Strategic Approach





Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Description of Foundational Competencies & Delivery Models

**Description**



# Foundational Competency: Clinical Expertise



| Problem Statement | What Optum Will Do |
|---|---|



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Foundational Competency: Embedded Technology





Conf dent a  property of Optum. Do not d str bute or reproduce w thout express perm ss on from Optum.                    10

# Foundational Competency: Consumer Experience

| Problem Statement | What Optum Will Do |
|---|---|

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



# Delivery Model: Condition Centric Management





Confidentia property of Optum. Do not distribute or reproduce without express permission from Optum.

12

# Delivery Model: Local Care Ecosystem



| Problem Statement | What Optum Will Do |
|---|---|



# Organizational Emphasis on Total Cost of Care



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.





Appendix

A broader appendix with materials from our fact pact and other OET meetings is available on an as requested basis if there is a desire to supplement the main story pack.

To request these slides please contact Steve Wolin or Mimi Macauley on the Strategy Team



# NOTES VIEW



























Optum Enterprise Strategic Approach









9





10























