UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DAVID WILLIAM SMITH,<br><br>    *Defendant*. | Civil Action No.: 19-cv-10101 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Stephen D. Riden of Beck Reed Riden LLP as counsel for Plaintiffs Optum, Inc. and Optum Services, Inc. in the above-captioned matter.

    Respectfully submitted,

    OPTUM, INC. and
    OPTUM SERVICES, INC.,

    By their attorneys,

    */s/ Stephen D. Riden*
    Russell Beck, BBO No. 561031
    Stephen D. Riden, BBO No. 644451
    Hannah T. Joseph, BBO No. 688132
    Beck Reed Riden LLP
    155 Federal Street, Suite 1302
    Boston, Massachusetts 02110
    617.500.8660 Telephone
    617.500.8665 Facsimile
    *rbeck@beckreed.com*
    *sriden@beckreed.com*
    *hjoseph@beckreed.com*

Dated: January 16, 2019

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the CM/ECF system on January 16, 2019, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                                                  */s/ Stephen D. Riden*