# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>                Plaintiffs,<br><br>       v.<br><br>DAVID WILLIAM SMITH,<br><br>                Defendant. | Civil Action No. 19-cv-10101 |

**ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF MICHAEL J. SHEEHAN, ESQ.**

Pursuant to Local Rule 83.5.3(b), John F. Welsh, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Michael J. Sheehan, Esq., a member of the Bar of the State of Illinois, to this Court for the purpose of representing Defendant David William Smith in the above-captioned matter, and states as follows:

1.    Mr. Sheehan is a partner of the law firm of McDermott Will & Emery LLP and his telephone number is (312) 984-2040.

2.    Mr. Sheehan is a member in good standing of the Bar of the State of Illinois, and all federal courts before which he is admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. Mr. Sheehan has never had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct. See Affidavit of Michael J. Sheehan in Support of Motion for Admission Pro Hac Vice, attached as Exhibit A, and Certificate of Good Standing attached thereto.

3. Mr. Sheehan has read and agrees to comply with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. John F. Welsh, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will also continue to represent David William Smith if this motion is granted.

5. Plaintiffs' counsel has no objection to granting this motion.

WHEREFORE, Defendant respectfully requests that Michael J. Sheehan be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Defendant in the present proceeding in accordance with the Rules of this Court.

Respectfully Submitted,

**DAVID WILLIAM SMITH**

By his attorneys,

*/s/ John F. Welsh*
John F. Welsh, BBO #522640
Justin L. Engel, BBO #683894
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
(617) 247-4100
jwelsh@bellowelsh.com
jengel@bellowelsh.com

Dated: January 22, 2019

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for David William Smith hereby certifies that he has conferred with Plaintiffs' counsel, who assented to this motion.

## **CERTIFICATE OF SERVICE**

I, John F. Welsh, hereby certify that on January 22, 2019, I electronically filed the foregoing *Motion for Admission Pro Hac Vice of Michael J. Sheehan, Esq.* using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ John F. Welsh*
John F. Welsh