## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

OPTUM, INC. and
OPTUM SERVICES, INC.,

              Plaintiffs,

        v.

DAVID WILLIAM SMITH,

              Defendant.

Civil Action No. 19-cv-10101

### <u>AFFIDAVIT OF MICHAEL J. SHEEHAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>

I, Michael J. Sheehan, Esq., depose and state as follows:

1. My full name is Michael J. Sheehan. I am a resident of the State of Illinois.

2. My office address is 444 West Lake Street, Chicago, Illinois 60606, and my office telephone number is 312-984-2040.

3. I am a Partner with the law firm of McDermott Will & Emery LLP.

4. I am a graduate of Hillsdale College, BA (1981) and Wake Forest University School of Law, JD (1984).

5. I am currently licensed in, admitted to practice before, and in good standing with the highest court of the State of Illinois (Registration No. 6195189; admitted on June 2, 1987) and the following federal courts: Ohio (inactive); Supreme Court of New York; U.S. District Court for the Northern District of Ohio, Northern District of Illinois, Eastern District of Wisconsin, Western District of Michigan, District of Colorado; U.S. Court of Appeals for the 3rd Circuit, 4th Circuit, 6th Circuit, 7th Circuit, 8th Circuit, and 11th Circuit; and the United States Supreme Court.

6. Attached hereto is a Certificate of Good Standing from the State of Illinois.

7. There are no disciplinary actions pending against me as a member of the bar in any jurisdiction.

8. I have not previously had a *pro hac vice* admission (or any other admission for a limited purpose) to this Court revoked for misconduct.

9.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

10. I have associated with John Welsh and Justin Engel, of the law firm of Bello Welsh, LLP, 125 Summer Street, Suite 1200, Boston, MA 02110, who will serve as local counsel in this case.

11. Signed under the penalties of perjury on this 16th day of January, 2019.


_____
MICHAEL J. SHEEHAN

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael James Sheehan

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 06/02/1987 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of January, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois