# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OPTUM, INC. and
OPTUM SERVICES, INC.,

    *Plaintiffs*,

v.

DAVID WILLIAM SMITH,

    *Defendant*.

Civil Action No.: 19-cv-10101

## AFFIDAVIT OF CAITLIN FLEMING

I, Caitlin Fleming, hereby state under penalty of perjury as follows:

1. My name is Caitlin Fleming, and the matters set forth herein are based on my personal knowledge.

2. Between 2016 and January 2019, I worked for Optum, Inc. ("Optum") as part of their Optum Leadership Experience Program.

3. On January 7, 2019, I began employment with TCORP62018 ("ABC") as a Manager, Strategy and Research.

4. In November 2018, I was connected to ABC via a mentor of mine from graduate school, Jason Yeung. Yeung reached out to discuss my future career plans. Yeung is a Managing Director and Portfolio Manager at Morgan Stanley, and is neither an Optum nor ABC employee. After talking with Yeung and providing my resume to him, he shared my resume with ABC's CEO Atul Gawande.

5. I interviewed with ABC on November 15, 2018, and December 14, 2018, and those interviews were not with David Smith ("Smith").

6. Smith had no influence on my decision to leave Optum and join ABC. Smith never encouraged me to leave Optum to join ABC, never solicited me to leave Optum to join ABC, and never engaged in any activity to attempt to get me to leave Optum to join ABC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Caitlin Fleming*
Caitlin Fleming

1/21/2019
Date