UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID WILLIAM SMITH,<br><br>*Defendant*. | Civil Action No. 19-cv-10101 |

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO REDACT CERTAIN INFORMATION**
(*Supporting Memorandum Included*)

Pursuant to Federal Rule of Civil Procedure 5.2(e), Defendant David William Smith ("Smith") hereby moves the Court to redact certain personal information of Smith. Plaintiffs do not oppose this Motion.

Plaintiffs and Smith have both filed documents with the Court that contain Smith's personal identifying information, including his home address and email address. In order to protect the privacy, identity, and confidentiality of Smith and his family, Smith requests that this Court remove the following documents from the Court's CM/ECF system and replace those documents with redacted versions that Smith attaches to this Motion as Exhibits A-E:

- ECF No. 1-8;
- ECF No. 1-11;
- ECF No. 7-8;
- ECF No. 7-11; and
- ECF No. 23-3.

Respectfully submitted,

**DAVID WILLIAM SMITH**

By his attorneys,

*/s/ John F. Welsh*
John F. Welsh, BBO #522640
Justin L. Engel, BBO #683894
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
617-247-4100
Fax: 617 247 4125
Email: jwelsh@bellowelsh.com
Email: jengel@bellowelsh.com

Michael J. Sheehan, *admitted pro hac vice*
Brian Mead, *admitted pro hac vice*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com
bmead@mwe.com

Dated: January 24, 2019

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendant have conferred with counsel for Plaintiffs regarding this Unopposed Emergency Motion to Redact Certain Information and that Plaintiffs do not oppose the motion.

*/s/ John F. Welsh*
John F. Welsh

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ John F. Welsh*
John F. Welsh