UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DAVID WILLIAM SMITH,<br><br>　　　　*Defendant*. | Civil Action No. 19-cv-10101 |

### DEFENDANT DAVID SMITH'S REQUEST FOR A POTENTIAL WITNESS TO BE EXCUSED FROM THE JANUARY 30, 2019 HEARING

Pursuant to this Court's Order (ECF No. 36), Defendant David Smith requests that potential witness Jack Stoddard be excused from the January 30, 2019 hearing. Mr. Stoddard does not live in Boston and is unavailable for the hearing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**DAVID WILLIAM SMITH**

　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　*/s/ John F. Welsh*
　　　　　　　　　　　　　　　　　　John F. Welsh, BBO #522640
　　　　　　　　　　　　　　　　　　Justin L. Engel, BBO #683894
　　　　　　　　　　　　　　　　　　Bello Welsh LLP
　　　　　　　　　　　　　　　　　　125 Summer Street, Suite 1200
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　617-247-4100
　　　　　　　　　　　　　　　　　　Fax: 617 247 4125
　　　　　　　　　　　　　　　　　　Email: jwelsh@bellowelsh.com
　　　　　　　　　　　　　　　　　　Email: jengel@bellowelsh.com

　　　　　　　　　　　　　　　　　　Michael J. Sheehan, *admitted pro hac vice*
　　　　　　　　　　　　　　　　　　Brian Mead, *admitted pro hac vice*
　　　　　　　　　　　　　　　　　　McDermott Will & Emery LLP
　　　　　　　　　　　　　　　　　　444 West Lake Street

Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com
bmead@mwe.com

Dated:  January 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ John F. Welsh*
John F. Welsh