**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

OPTUM, INC. and
OPTUM SERVICES, INC.,

*Plaintiffs,*

v.

Civil Action No. 19-cv-10101

DAVID WILLIAM SMITH,

*Defendant.*

<u>**DEFENDANT DAVID SMITH'S REQUEST FOR A POTENTIAL WITNESS TO BE**</u>
<u>**EXCUSED FROM THE JANUARY 30, 2019 HEARING**</u>

Pursuant to this Court's Order (ECF No. 36), Defendant David Smith requests that

potential witness Jack Stoddard be excused from the January 30, 2019 hearing.  Mr. Stoddard

does not live in Boston and is unavailable for the hearing.

ALLOWED, provided that
Mr. Stoddard make
the arrangements
necessary to appear
on January 31, 2019 at
9:00 a.m., and decides
if the Court decides
that his testimony
is necessary.

Wolf. D.J.

Jan. 29, 2019

Respectfully submitted,

**DAVID WILLIAM SMITH**

By his attorneys,

*/s/ John F. Welsh*
John F. Welsh, BBO #522640
Justin L. Engel, BBO #683894
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
617-247-4100
Fax: 617 247 4125
Email: jwelsh@bellowelsh.com
Email: jengel@bellowelsh.com

Michael J. Sheehan, *admitted pro hac vice*
Brian Mead, *admitted pro hac vice*
McDermott Will & Emery LLP
444 West Lake Street

1