UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID WILLIAM SMITH,<br><br>*Defendant*. | Civil Action No. 19-cv-10101 |

### DEFENDANT DAVID SMITH'S MOTION TO STAY PROCEEDINGS

Pursuant to the Federal Arbitration Act and to Rule 8 of the Federal Rules of Appellate Procedure, and for the reasons set forth in the attached Memorandum of Law, David William Smith ("Smith") hereby moves for an order staying all further proceedings in this case pending his appeal of this Court's refusal to compel arbitration.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Smith requests oral argument on this motion.

    Respectfully submitted,

    **DAVID WILLIAM SMITH**

    By his attorneys,

    */s/ John F. Welsh, III*
    John F. Welsh, III, BBO #522640
    Justin L. Engel, BBO #683894
    Bello Welsh LLP
    125 Summer Street, Suite 1200
    Boston, MA 02110
    617-247-4100
    Fax: 617 247 4125
    Email: jwelsh@bellowelsh.com
    Email: jengel@bellowelsh.com

Michael J. Sheehan, *pro hac vice pending*
Brian Mead, *pro hac vice pending*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com
bmead@mwe.com

Dated: January 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ John F. Welsh, III*
John F. Welsh, III

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that this issue has been discussed in open court with opposing counsel in an attempt in good faith to resolve or narrow the issues presented by this motion.

Dated: January 30, 2019          */s/ John F. Welsh, III*
                                  John F. Welsh, III