UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DAVID WILLIAM SMITH,<br><br>    *Defendant*. | Civil Action No. 19-cv-10101 |

### DEFENDANT DAVID WILLIAM SMITH'S NOTICE OF APPEAL

Notice is hereby given that David William Smith, Defendant in the above case, hereby appeals to the United States Court of Appeals for the First Circuit from an order denying Defendant's Motion to Compel Arbitration (ECF No. 16) entered in this action on January 30, 2019.

*/s/ Brian Mead*
Brian Mead

Respectfully submitted,

**DAVID WILLIAM SMITH**

By his attorneys,

*/s/ Brian Mead*
John F. Welsh, BBO #522640
Justin L. Engel, BBO #683894
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110

617-247-4100
Fax: 617 247 4125
Email: jwelsh@bellowelsh.com
Email: jengel@bellowelsh.com

Michael J. Sheehan, *pro hac vice*
Brian Mead, *pro hac vice*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com
bmead@mwe.com

Dated: January 31, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2019, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

    */s/ Brian Mead*
    Brian Mead