# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Optum, Inc. et al v. Smith

District Court Number: 19cv10101-MLW

Fee: Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes _X_ No ____
*If yes, document #*   5,28

Sealed documents   Yes _X_ No ____
*If yes, document #*   1,7,23,51,53

*Ex parte* documents   Yes ____ No _X_
*If yes, document #*

Transcripts   Yes _X_ No ____
*If yes, document #*   50,51,52,53

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#48 Memorandum and Order, #49 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#43, #48, and #49

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 43 filed on January 30, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 6, 2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**