UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and OPTUM SERVICES, Inc., <br>     Plaintiffs, <br><br> v. <br><br> DAVID WILLIAM SMITH, <br>     Defendant. | C.A. No. 19-10101-MLW |

ORDER

WOLF, D.J.                                                                                              February 7, 2019

It is hereby ORDERED that:

1. Because the transcripts of the public parts of the January 30 and 31, 2019 hearings are now part of the public record, see Docket Nos. 50, 52, plaintiffs' motion to seal (Docket No. 60) their memorandum in support of their request for injunction pending appeal is DENIED. Plaintiffs shall, therefore, file and serve an unredacted version of the memorandum forthwith.

2. By 9:30 a.m. on February 8, 2019, defendant shall respond to plaintiffs' motion for an injunction pending appeal (Docket No. 57).

                                                    /s/ Charles P. Wolf
                                                    UNITED STATES DISTRICT JUDGE