UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID WILLIAM SMITH,<br><br>*Defendant*. | Civil Action No. 19-cv-10101 |

**NON-PARTY'S MOTION TO INTERVENE AND TO OPPOSE MOTION TO UNSEAL
PORTION OF TRANSCRIPT OF JANUARY 31, 2019 HEARING**

Pursuant to Fed. R. Civ. P. 24(b), non-party TCORP62018 LLC ("ABC") hereby moves to intervene for the limited purpose of opposing Dow Jones & Company, Inc. and Boston Globe Media Partners, LLC's ("the Newspapers") Motion to Intervene and To Unseal Portion of Transcript of January 31, 2019 Hearing (ECF No. 64). In support of its opposition, ABC and David Smith submit the accompanying memorandum of law.

**WHEREFORE**, ABC respectfully requests that this Court grant ABC's Motion to Intervene and deny the Newspapers' motion to unseal.

Respectfully submitted,

**TCORP62018 LLC**

By its attorneys,

*/s/ Brian Mead*
John F. Welsh, BBO #522640
Justin L. Engel, BBO #683894

1

Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
617-247-4100
Fax: 617 247 4125
Email: jwelsh@bellowelsh.com
Email: jengel@bellowelsh.com

Michael J. Sheehan, *admitted pro hac vice*
Brian Mead, *admitted pro hac vice*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com
bmead@mwe.com

Dated: February 12, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Brian Mead*
Brian Mead

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

I certify, pursuant to Local Rule 7.1(a)(2) that counsel for non-party ABC has conferred with counsel for Plaintiffs and counsel for Defendant regarding this Motion to Intervene. Plaintiffs and Defendant do not oppose ABC's Motion to Intervene, and Plaintiff takes no position on the Motion to Unseal or ABC's opposition to that motion.

*/s/ Brian Mead*
Brian Mead