# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPTUM, INC. and<br>OPTUM SERVICES, INC.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DAVID WILLIAM SMITH,<br><br>　　　　　*Defendant*. | Civil Action No.: 19-cv-10101 |

## AFFIDAVIT OF JOHN C. STODDARD

I, John C. ("Jack") Stoddard, hereby state under penalty of perjury as follows:

1. My name is John C. ("Jack") Stoddard, and the matters set forth herein are based on my personal knowledge.

2. I currently serve as the Chief Operating Officer of TCORP62018 LLC ("ABC"), which is a health care venture established by Amazon, Berkshire Hathaway, and JPMorgan Chase & Co. (the "Founders").

3. I am familiar with the testimony that I gave in this Court on January 31, 2019. I am also familiar with the portions of that testimony that contain ABC's non-public, confidential information and that were redacted in a submission to this Court.

4. During that testimony, I was asked to discuss ABC's current strategies, future plans, and how David Smith's work at ABC fit into those strategies and plans. The information from that testimony (i) is a non-public business strategy of ABC; (ii) is not generally known to the public; (iii) could provide economic advantage to a third-party that acquired it; and (iv) is subject to ABC's efforts to preserve its secrecy, including password protecting its computers, providing access to business strategy information only to those employees with a need to know the

information, and requiring employees to sign agreements containing obligations regarding non-disclosure of confidential information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
John C. Stoddard

_____
Date    2/15/19

2