UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and OPTUM SERVICES, INC., <br>     Plaintiffs, <br><br> v. <br><br> DAVID WILLIAM SMITH, <br>     Defendant. | C.A. No. 19-10101-MLW |

ORDER

WOLF, D.J.                                              February 20, 2019

For the reasons stated in court on February 20, 2019, it is hereby ORDERED that:

1. Intervenors Dow Jones & Co., Inc.'s and Boston Globe Media Partners, LLC's Motion to Intervene and to Unseal Portion of Transcript of January 31, 2019 Hearing (Docket No. 64) is ALLOWED.

2. The complete transcripts of the January 30, 2019 hearing (Docket No. 51) and January 31, 2019 hearing (Docket No. 53) are UNSEALED.

/s/ Charles P. Nay
UNITED STATES DISTRICT JUDGE