UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPTUM, INC. and OPTUM SERVICES, Inc., <br>     Plaintiffs, <br><br> v. <br><br> DAVID WILLIAM SMITH, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 19-10101-MLW <br> ) <br> ) <br> ) |

ORDER

WOLF, D.J.                                                February 22, 2019

For the reasons described in detail in court on February 22, 2019, it is hereby ORDERED that:

1. Plaintiffs' Optum, Inc.'s and Optum Services, Inc.'s Motion for Temporary Restraining Order (Docket No. 3) is DENIED.

2. Defendant David Smith's Motion to Compel Arbitration (Docket No. 16) is ALLOWED. The parties shall select an arbitrator promptly.

3. This case is STAYED. If the parties agree to a resolution to their dispute, they shall promptly inform the court and this case will be dismissed. If and when the arbitrator issues a decision, the party that did not prevail shall promptly report whether it or he intends to appeal the decision to this court. If it or he does not, this case will be dismissed.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE