UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Optum, Inc. and Optum Services, Inc.,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>David William Smith,<br><br>     *Defendant*. | Civil Action No. 19-cv-10101<br><br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action and by their respective undersigned counsel of record, that the above-captioned action (including all claims and counterclaims asserted therein) hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Dated: Boston, Massachusetts
      September 13, 2019

             McDERMOTT WILL & EMERY LLP

             By: _____
             Michael J. Sheehan
             444 West Lake Street
             Chicago, IL 60606-0029

             *Attorneys for Smith and Haven*

BECK REED RIDEN LLP

/s/ Stephen D. Riden
Russell Beck, BBO No. 561031
Stephen D. Riden, BBO No. 644451
Hannah Joseph, BBO No. 688132
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts  02110
617.500.8660 Telephone
617.500.8665 Facsimile
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com

Attorneys for Optum, Inc. and
Optum Services, Inc.

SO ORDERED:

_____
United States District Judge
Dated: September __, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on
September 13, 2019, and will be served electronically to the registered participants as identified
on the Notice of Electronic Filing through the Court's transmission facilities, and that non-
registered participants have been served this day by mail.

/s/ Stephen D. Riden